# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3545EM

_____

Judy Cohn,                 *
                               *
         Appellant,         *
                               *
      v.                     *    On Appeal from the United
                               *    States District Court for
                               *    the Eastern District of
Missouri Department of Mental Health,  *    Missouri.
Division of Comprehensive Psychiatric  *
Services, Great Rivers Mental Health    *    [Not to be published]
Services,                         *
                               *
         Appellee.          *

_____

Submitted: March 11, 1999

Filed: March 24, 1999

_____

Before RICHARD S. ARNOLD, FLOYD R. GIBSON, and HANSEN, Circuit Judges.

_____

PER CURIAM.

This is an action under the Americans with Disabilities Act of 1990, 42 U.S.C. §12101 et seq. The District Court[1] granted the defendant's motion for summary

---

[1]The Hon. David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, sitting by agreement of the parties under 28 U.S.C. §636(c).

judgment. The Court held, among other things, that no genuine issue of fact had been presented with respect to whether defendant realized that plaintiff was disabled, or whether plaintiff had ever requested an accommodation.

Having read the briefs and heard oral argument, we affirm. We do not believe that the case has enough precedential significance to justify a full opinion. We agree with the result reached by the District Court and with much of that Court's reasoning.

The motion of appellee to strike appellant's addendum is denied.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.